**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 26-2325

Ilirjan Ferko, et al v. SCOPS Deputy Associate Director of Adjudications U, et al

(U.S. District Court No.: 2:25-cv-01028)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 09, 2026
AMR/cc: Michael S. Henry, Esq.
Anthony St. Joseph, Esq.
Mr. George V. Wylesol

**A True Copy**:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate